UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: DEMARCO, SALVATORE F.<br>DEMARCO, JOSEPHINE A.<br><br>Debtor(s) | § Case No. 11-82368<br>§<br>§<br>§ |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/02/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/21/2013       By: /s/BERNARD J. NATALE
                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DEMARCO, SALVATORE F. § Case No. 11-82368
DEMARCO, JOSEPHINE A. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 40,000.00

*and approved disbursements of*   $ 1,140.17

*leaving a balance on hand of* [1]   $ 38,859.83

**Balance on hand:**   $ 38,859.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | AAA Custom Roofing | 29,305.97 | 29,305.97 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 38,859.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,000.25 | 0.00 | 5,000.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 55.12 | 0.00 | 55.12 |
| Accountant for Trustee, Fees - WIPFLI LLP | 640.50 | 640.50 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 30.88 | 30.88 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 9,805.37
Remaining balance:   $ 29,054.46

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 29,054.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $93,367.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5,116.31 | 0.00 | 1,592.11 |
| 8P | Illinois Department of Revenue | 51,093.13 | 0.00 | 15,899.34 |
| 20 | IRS | 37,158.15 | 0.00 | 11,563.01 |

Total to be paid for priority claims: $ 29,054.46
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 335,534.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,678.77 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 211.85 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 6,611.42 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 14,520.52 | 0.00 | 0.00 |
| 5 | US BANK N.A. | 3,260.87 | 0.00 | 0.00 |
| 6 | World Financial Network National Bank | 662.11 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 809.89 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 6,854.14 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | Chase Bank USA, N.A. | 21,526.85 | 0.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7,774.55 | 0.00 | 0.00 |
| 11 | Central Grocers, Inc. | 173,301.56 | 0.00 | 0.00 |
| 13 | Dam, Snell & Taveirne, LTD. | 5,775.00 | 0.00 | 0.00 |
| 14 | Harris Bank, N.A. | 66,368.29 | 0.00 | 0.00 |
| 15 | GE Capital Retail Bank | 2,345.61 | 0.00 | 0.00 |
| 16 | GE Capital Retail Bank | 0.00 | 0.00 | 0.00 |
| 17 | State Farm Bank | 10,035.57 | 0.00 | 0.00 |
| 18 | US Bank N.A. | 1,057.55 | 0.00 | 0.00 |
| 19 | Rago Brothers Norridge Chapels Inc. | 4,739.69 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82368-TML
Salvatore F. DeMarco                                                    Chapter 7
Josephine A. DeMarco
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2              Date Rcvd: Sep 10, 2013
                              Form ID: pdf006             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2013.
db/jdb       +Salvatore F. DeMarco,   Josephine A. DeMarco,   113 S. Ronda Road,   McHenry, IL 60050-6235
17319822      AAA Custom Roofing,   830 W. Route 23 #233,   Lake Zurich, IL 60047
17319823     #ADT Security Systems, Inc.,   Attention: Billing Dept.,   14200 East Exposition Ave.,
               Aurora, CO 80012-2540
17677635     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
17319825      Card Member Services Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17319826     +Centegra Health System-NIMC,   4309 Medical Center Dr.,   McHenry, IL 60050-8419
17319827     +Central Grocers, Inc.,   C/O Lavelle Law, LTD.,   501 West Colfax Street,
               Palatine, IL 60067-2545
17319821     +Charles T Reilly,   1303 N Richmond Road,   McHenry, IL 60050-1405
17721230      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17319828     +Chicago Title Land Trust Company,   171 N. Clark St., Ste. 575,   Chicago, IL 60601-3368
17319831     +DKMR Partners D/B/A Lakeview Appl,   C/O Law Offices Serota, Avis & Assoc.,   P.O. Box 1008,
               Arlington Heights, IL 60006-1008
17319829     +Dam, Snell & Taveirne, LTD.,   Certified Public Accountants,   21 Rollins Road,
               Fox Lake, IL 60020-1825
17319820     +DeMarco Josephine A,   113 S Ronda Road,   McHenry, IL 60050-6235
17319819     +DeMarco Salvatore F,   113 S Ronda Road,   McHenry, IL 60050-6235
17319832     +ExxonMobil,   Credit Card Center,   P.O. Box 6404,   Sioux Falls, SD 57117-6404
17319834     +Harris Bank, N.A.,   C/O Kamm, Shapiro & Demuth, Ltd.,   17 North State St., Ste. 990,
               Chicago, IL 60602-3569
17319835      Home Depot Credit Services,   Attention: Bankruptcy Dept.,   P.O. Box 653000,
               Dallas, TX 75265-3000
17319836      Illinois Department Of Revenue,   P.O. Box 19006,   Springfield, IL 62794-9006
17713342      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
17319837     +Illinois Dept. Of Employment Security,   Collection Section,   33 S. State St., 10th Floor,
               Chicago, IL 60603-2808
17319839      Lane Bryant,   C/O WFNNB-Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
17319840     +Macys,   Attn: Bankruptcy Dept.,   P.O. Box 8053,   Mason, OH 45040-8053
17319842     +McHenry Savings Bank,   C/O Cappetta & Assoc., Ltd.,   1900 Spring Road, #102,
               Oakbrook, IL 60523-1478
17319841      Mchenry Radiologists Imaging Associates,   P.O. Box 220,   McHenry, IL 60051-0220
19927559      Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17319844      Moraine Emergency Physicians,   P.O. Box 8759,   Philadelphia, PA 19101-8759
17319845      Pitney Bowes-Purchase Power,   C/O Caine & Weiner,   P.O. Box 5010,
               Woodland Hills, CA 91365-5010
17319846     +Rago Brothers Norridge Chapels Inc.,   7751 W. Irving Park Road,   Chicago, IL 60634-2132
17319847      Sears Credit Services,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
17319848     +Shaw Suburban Media Group, Inc.,   C/O Curt P. Rehberg,   64 E. Crystal Lake Ave.,
               Crystal Lake, IL 60014-6137
17319849     +Southern Wine & Spirits Of Illinois,   C/O Randall & Richards, Inc.,
               5151 East Broadway Blvd., Ste. 800,   Tucson, AZ 85711-3775
17922361      State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17319850      State Farm Bank,   C/O Blatt, Hasenmiller, Leibsker & Moore,   125 South Wacker Dr., Ste. 400,
               Chicago, IL 60606-4440
17319851      Sysco Food Services-Chicago, Inc.,   C/O Biehl & Biehl, Inc.,   P.O. Box 87410,
               Carol Stream, IL 60188-7410
17319852     +Trover Solutions, Inc.,   C/O Gibson & Sharps,   9390 Bunsen Parkway,   Louisville, KY 40220-3789
17319855      U.S. Bank Home Mortgage,   P.O. Box 20005,   Owensboro, KY 42304-0005
17319853     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   Cardmember Service,   P.O. Box 2407 EP-MN-L23C,
               Minneapolis, MN 55402-9998)
17319856     +Val-Mar Center, LLC,   4000 Johnsburg Rd.,   Johnsburg, IL 60051-6341
17704703     +Vals Food Store Inc,   4000 Johnsburg Rd,   Johnsburg IL 60051-6341
17319857     +Weinstein Meats,   7501 Industrial Dr.,   Forest Park, IL 60130-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17672002      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2013 02:18:54
               American InfoSource LP as agent for,   Citibank N.A.,   PO Box 248840,
               Oklahoma City, OK 73124-8840
17319830      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2013 02:18:07      Discover Card Services,
               P.O. Box 30943,   Salt Lake City, UT 84130-0943
17656766      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2013 02:18:07      Discover Bank,
               Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
17900835      E-mail/PDF: rmscedi@recoverycorp.com Sep 11 2013 02:15:07      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17319833     +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2013 02:17:28      GE Money Bank/Sam's Club,
               Attention: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
17319838      E-mail/Text: cio.bncmail@irs.gov Sep 11 2013 01:55:00      IRS,   P.O. Box 7346,
               Philadelphia, PA 19101-7346

```
District/off: 0752-3            User: vgossett            Page 2 of 2            Date Rcvd: Sep 10, 2013
                                Form ID: pdf006           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17319843      +E-mail/Text: pthon@mchenrysavings.com Sep 11 2013 02:08:31      McHenry Savings Bank,
               353 Bank Dr.,    McHenry, IL 60050-0506
19927560       E-mail/PDF: rmscedi@recoverycorp.com Sep 11 2013 02:19:57
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17712086       E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2013 02:11:06
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17319854*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank,    Cardmember Service,    P.O. Box 6352,
               Fargo, ND  58125-6352)
17696386*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    POB 5229,
               CINCINNATI, OH 45201-5229)
17959550*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US Bank N.A.,    POB 5229,    Cincinnati, OH 45201)
17319824     ##Bank Of America,    P.O. Box 15026,    Wilmington, DE  19850-5026
                                                                               TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
        Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
        Bernard J Natale    on behalf of Accountant Neal   Richardson natalelaw@bjnatalelaw.com,
        IL42@ecfcbis.com
        Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
        Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
        Charles T. Reilly   on behalf of Joint Debtor Josephine A. DeMarco chuck8830@comcast.net
        Charles T. Reilly   on behalf of Debtor Salvatore F. DeMarco chuck8830@comcast.net
        Gloria C  Tsotsos   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION nd-two@il.cslegal.com
        Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
        Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                              TOTAL: 9
```