## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: DEMARCO, SALVATORE F.           § Case No. 11-82368
       DEMARCO, JOSEPHINE A.           §
                                       §
Debtor(s)                              §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $271,809.00                Assets Exempt: $48,179.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,054.46     Claims Discharged
                                                 Without Payment: $654,881.22

Total Expenses of Administration: $10,945.54

---

   3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $246,685.00 | $29,305.97 | $29,305.97 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,945.54 | 10,945.54 | 10,945.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 44,448.24 | 93,367.59 | 93,367.59 | 29,054.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 559,142.40 | 338,816.87 | 335,534.24 | 0.00 |
| **TOTAL DISBURSEMENTS** | $850,275.64 | $472,435.97 | $469,153.34 | $40,000.00 |

4) This case was originally filed under Chapter 7 on May 24, 2011. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2013        By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 20% interest in Val-Mar Center, LLC; ce | 1129-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | AAA Custom Roofing | 4110-000 | 23,055.00 | 29,305.97 | 29,305.97 | 0.00 |
| NOTFILED | U.S. Bank Home Mortgage | 4110-000 | 223,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title Land Trust Company | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$246,685.00** | **$29,305.97** | **$29,305.97** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 55.12 | 55.12 | 55.12 |
| WIPFLI LLP | 3410-000 | N/A | 640.50 | 640.50 | 640.50 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,000.25 | 5,000.25 | 5,000.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 30.88 | 30.88 | 30.88 |
| BERNARD J. NATALE | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.84 | 62.84 | 62.84 |
| Rabobank, N.A. | 2600-000 | N/A | 61.26 | 61.26 | 61.26 |
| Rabobank, N.A. | 2600-000 | N/A | 53.53 | 53.53 | 53.53 |
| Rabobank, N.A. | 2600-000 | N/A | 55.36 | 55.36 | 55.36 |
| Rabobank, N.A. | 2600-000 | N/A | 61.01 | 61.01 | 61.01 |
| Rabobank, N.A. | 2600-000 | N/A | 59.01 | 59.01 | 59.01 |
| Rabobank, N.A. | 2600-000 | N/A | 53.19 | 53.19 | 53.19 |
| Rabobank, N.A. | 2600-000 | N/A | 62.59 | 62.59 | 62.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,945.54 | $10,945.54 | $10,945.54 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5800-000 | 3,263.00 | 5,116.31 | 5,116.31 | 1,592.11 |
| 8P | Illinois Department of Revenue | 5800-000 | N/A | 51,093.13 | 51,093.13 | 15,899.34 |
| 20 | IRS | 5800-000 | 36,007.00 | 37,158.15 | 37,158.15 | 11,563.01 |
| NOTFILED | Illinois Dept. Of Employment Security Collection Section | 5200-000 | 5,178.24 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $44,448.24 | $93,367.59 | $93,367.59 | $29,054.46 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,078.00 | 9,678.77 | 9,678.77 | 0.00 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 211.85 | 211.85 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 6,501.30 | 6,611.42 | 6,611.42 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 14,524.73 | 14,520.52 | 14,520.52 | 0.00 |
| 5 | US BANK N.A. | 7100-000 | 3,070.73 | 3,260.87 | 3,260.87 | 0.00 |
| 6 | World Financial Network National Bank | 7100-000 | N/A | 662.11 | 662.11 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 809.89 | 809.89 | 0.00 |
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 6,854.14 | 6,854.14 | 0.00 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 20,539.46 | 21,526.85 | 21,526.85 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 7,667.09 | 7,774.55 | 7,774.55 | 0.00 |
| 11 | Central Grocers, Inc. | 7100-000 | 175,320.00 | 173,301.56 | 173,301.56 | 0.00 |
| 13 | Dam, Snell & Taveirne, LTD. | 7100-000 | 6,094.25 | 5,775.00 | 5,775.00 | 0.00 |
| 14 | Harris Bank, N.A. | 7100-000 | 63,122.00 | 66,368.29 | 66,368.29 | 0.00 |
| 15 | GE Capital Retail Bank | 7100-000 | 2,345.61 | 2,345.61 | 2,345.61 | 0.00 |
| 16 | GE Capital Retail Bank | 7100-000 | N/A | 3,282.63 | 0.00 | 0.00 |
| 17 | State Farm Bank | 7100-000 | N/A | 10,035.57 | 10,035.57 | 0.00 |
| 18 | US Bank N.A. | 7100-000 | 1,023.62 | 1,057.55 | 1,057.55 | 0.00 |
| 19 | Rago Brothers Norridge Chapels Inc. | 7100-000 | N/A | 4,739.69 | 4,739.69 | 0.00 |
| NOTFILED | McHenry Savings Bank C/O Cappetta & Assoc., Ltd. | 7100-000 | 183,697.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant C/O WFNNB-Bankruptcy Department | 7100-000 | 553.57 | N/A | N/A | 0.00 |
| NOTFILED | ExxonMobil Credit Card Center | 7100-000 | 2,165.36 | N/A | N/A | 0.00 |
| NOTFILED | Macys | 7100-000 | 58.40 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 143.61 | N/A | N/A | 0.00 |
| NOTFILED | Mchenry Radiologists Imaging Associates | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes-Purchase Power C/O Caine & Weiner | 7100-000 | 4,421.95 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System-NIMC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trover Solutions, Inc. C/O Gibson & Sharps | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Val-Mar Center, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sysco Food Services-Chicago, Inc. C/O Biehl & Biehl, Inc. | 7100-000 | 3,952.90 | N/A | N/A | 0.00 |
| NOTFILED | Weinstein Meats | 7100-000 | 15,963.69 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Bank C/O Blatt, Hasenmiller, Leibsker & | 7100-000 | 10,035.57 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Services | 7100-000 | 6,109.61 | N/A | N/A | 0.00 |
| NOTFILED | Rago Brothers Norridge Chapels Inc. | 7100-000 | 3,035.00 | N/A | N/A | 0.00 |
| NOTFILED | Shaw Suburban Media Group, Inc. C/O Curt P. Rehberg | 7100-000 | 12,716.00 | N/A | N/A | 0.00 |
| NOTFILED | DKMR Partners D/B/A Lakeview Appl C/O Law Offices Serota, | 7100-000 | 542.10 | N/A | N/A | 0.00 |
| NOTFILED | Southern Wine & Spirits Of Illinois C/O Randall & | 7100-000 | 2,317.15 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. Of Employment Security Collection Section | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Systems, Inc. | 7100-000 | 232.95 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System-NIMC | 7100-000 | 2,418.75 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$559,142.40** | **$338,816.87** | **$335,534.24** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82368  
**Case Name:** DEMARCO, SALVATORE F.  
DEMARCO, JOSEPHINE A.  
**Period Ending:** 11/13/13

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/24/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 11/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 113 S. Ronda Drive, McHenry, IL 60050 | 249,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with McHenry Savings Bank (nega | 0.00 | 0.00 | | 0.00 | FA |
| 4 | account with State Bank Group, Johnsburg, IL bui | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous audio, video, and computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 20% in Val's Food Store, Inc. (Chapter 7 Bankrup | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 20% interest in Val-Mar Center, LLC; ce | Unknown | Unknown | | 40,000.00 | FA |
| 9 | 2000 Mercedes (160,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | 8/2010 Car accident-Personal Bodily Injury (soft | 14,999.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$271,809.00** | **$0.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WAITING FOR ACCOUNTANT TO COMPLETE TAX RETURS FOR FILING.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012         **Current Projected Date Of Final Report (TFR):**    August 19, 2013  (Actual)

Printed: 11/13/2013 03:07 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82368
**Case Name:** DEMARCO, SALVATORE F.
   DEMARCO, JOSEPHINE A.
**Taxpayer ID #:** **-***2039
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******35-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/05/12 | {8} | Attorney Marc H. Weinstein Escrow Account | Pymt for 20% Interest of ValMar Center | 1129-000 | 40,000.00 | | 40,000.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.84 | 39,937.16 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 39,937.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 39,937.16 | |
| | | | **Subtotal** | | 40,000.00 | 62.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.00** | **$62.84** | |

{} Asset reference(s)

Printed: 11/13/2013 03:07 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-82368 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | DEMARCO, SALVATORE F. | | **Bank Name:** | Rabobank, N.A. |
| | DEMARCO, JOSEPHINE A. | | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** | **-***2039 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 11/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 39,937.16 | | 39,937.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.26 | 39,875.90 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.53 | 39,822.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.36 | 39,767.01 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.01 | 39,706.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.01 | 39,646.99 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-82368, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 29.90 | 39,617.09 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-82368, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -29.90 | 39,646.99 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-82368, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 30.88 | 39,616.11 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.19 | 39,562.92 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.59 | 39,500.33 |
| 08/06/13 | 10103 | WIPFLI LLP | Ref # INV 747149 / 410909  PYMT OF ACCTG FEES | 3410-000 | | 640.50 | 38,859.83 |
| 10/02/13 | 10104 | BERNARD J. NATALE | Dividend paid 100.00% on $4,750.00, Trustee Compensation;  Reference: | 2100-000 | | 4,750.00 | 34,109.83 |
| 10/02/13 | 10105 | IRS | Distribution paid  31.11% on $37,158.15; Claim# 20; Filed: $37,158.15; Reference: 6671 (941 TAXES) | 5800-000 | | 11,563.01 | 22,546.82 |
| 10/02/13 | 10106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,055.37 | 17,491.45 |
| | | | Dividend paid 100.00%     5,000.25 on $5,000.25;  Claim# ATTY; Filed: $5,000.25 | 3110-000 | | | 17,491.45 |
| | | | Dividend paid 100.00%     55.12 on $55.12;  Claim# EXP; Filed: $55.12 | 3120-000 | | | 17,491.45 |
| 10/02/13 | 10107 | Illinois Department of Revenue | Combined Check for Claims#7P,8P | | | 17,491.45 | 0.00 |
| | | | Dividend paid  31.11%     1,592.11 on $5,116.31;  Claim# 7P; Filed: $5,116.31; | 5800-000 | | | 0.00 |

| | | Subtotals : | $39,937.16 | $39,937.16 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 11/13/2013 03:07 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-82368  
**Case Name:** DEMARCO, SALVATORE F.  
DEMARCO, JOSEPHINE A.  
**Taxpayer ID #:** **-***2039  
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 8713/9960 | | | | |
| | | | Dividend paid  31.11%     15,899.34<br>on $51,093.13;  Claim#<br>8P; Filed: $51,093.13;<br>Reference: 8713/9960 | 5800-000 | | | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 39,937.16 | 39,937.16 | $0.00 |
| Less: Bank Transfers | 39,937.16 | 0.00 | |
| **Subtotal** | 0.00 | 39,937.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$39,937.16** | |

Net Receipts :     40,000.00  
───────────  
Net Estate :     $40,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******35-66** | 40,000.00 | 62.84 | 0.00 |
| **Checking # ******6066** | 0.00 | 39,937.16 | 0.00 |
| | $40,000.00 | $40,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/13/2013 03:07 PM     V.13.13